**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------x

MCGRAW PROPERTY SOLUTIONS, LLC,

                    Plaintiff,

    -against-

FORTRESS INVESTMENT GROUP LLC,

                    Defendant.

---------------------------------------------------------------------------x

Civil Action No.:
1:24-cv-06859-NRB

Hon. Naomi Reice Buchwald

**Oral Argument Requested**

### DECLARATION OF ZACHARY G. NEWMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT

I, Zachary G. Newman, declare under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746:

1.     I am a member of the bar duly admitted to practice in this Court and a partner at the law firm Thompson Coburn LLP, counsel for Defendant Fortress Investment Group LLC ("Defendant"). I submit this declaration in support of Defendant's motion to dismiss in order to introduce true and correct copies of the following documents:

2.     **Exhibit A** is a true and accurate copy of the Summons and Complaint dated August 24, 2020 filed in the Supreme Court of the State of New York, County of New York action captioned *Atlas Brookview Mezzanine LLC, Atlas Brookview LLC v. DB Brookview LLC*, Case No. 653986/2020.

3.     **Exhibit B** is a true and accurate copy of the Membership Certificate between Atlas Brookview Mezzanine LLC and DB Brookview LLC dated March 5, 2021.

4.     **Exhibit C** is a true and accurate copy of Atlas Brookview LLC's Special Warranty Deed for the Property dated September 20, 2017.

5.      **Exhibit D** is a true and accurate copy of the Assignment of Insurance Claim Agreement (the "Assignment Agreement") dated October 21, 2020, as filed in the Northern District of Illinois action captioned *McGraw Properties Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

6.      **Exhibit E** is a true and accurate copy of the plaintiffs' Complaint dated June 13, 2022, filed in the Circuit Court of the 19th Judicial Circuit in and for Martin County, Florida in the action captioned *SFR Services, LLC, Ricky McGraw, et al. v. Zinober, Diana & Moteverde, P.A. et ano.*, Case No. 22-000511CA.

7.      **Exhibit F** is a true and accurate copy of Plaintiff's Petition for Declaratory Judgment to Compel Appraisal and Breach of Contract filed in Cook County, Illinois on June 10, 2021, and removed to the United States District Court for the Northern District of Illinois on January 24, 2022, captioned *McGraw Property Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 22-cv-00396 (N.D. Ill.).

8.      **Exhibit G** is a true and accurate copy of the Elite Claims Consultants' estimate dated August 5, 2020 filed as an exhibit in the Northern District of Illinois action captioned *McGraw Properties Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

9.      **Exhibit H** is a true and accurate copy of Westchester Surplus Lines Insurance Company's ("Westchester Insurance") Answer, Affirmative Defenses, and Counterclaim dated February 11, 2022 filed in the Northern District of Illinois action captioned *McGraw Properties*

2

*Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

10.     **Exhibit I** is a true and accurate copy of Westchester Insurance's Motion for Summary Judgment dated June 9, 2022 filed in the Northern District of Illinois action captioned *McGraw Properties Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

11.     **Exhibit J** is a true and accurate copy of the *Findings of Fact, Conclusions of Law, and Final Judgment* entered by the Circuit Court of the 20th Judicial Circuit, Lee County, Florida Civil Division dated May 9, 2023 in the civil action captioned *Tower Hill Prime Insurance Company v. SFR Services, LLC a/a/o Rookery Pointe Homeowners Association, Inc.*, Case No. 2020-CA-006212.

12.     **Exhibit K** is a true and accurate copy of the Criminal Indictment against Ricky Lynn McGraw entered by the Circuit Court of the 20th Judicial Circuit, Lee County, Florida Criminal Division dated November 13, 2023 in the criminal action captioned *State of Florida v. Ricky Lynn McGraw*, Case No. 23CF937.

13.     **Exhibit L** is a true and accurate copy of Tower Hill Signature Insurance Company's Second Amended Complaint dated March 22, 2021, filed in the Circuit Court of the 19th Judicial Circuit in and for Martin County, Florida, in the action captioned *Tower Hill Signature Insurance Company, et al. v. SFR Services, L.L.C., et al.*, Case No. 20-000409-CA.

14.     **Exhibit M** is a true and accurate copy of a letter from McGraw Property Solutions, LLC's counsel to CHUBB Insurance Company dated May 12, 2021, filed in the Northern District of Illinois action captioned *McGraw Properties Solutions LLC a/a/o Atlas Holdings Investment,*

*LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

15.    **Exhibit N** is a true and accurate copy of McGraw Property Solutions LLC's Response to Defendant/Counter-Plaintiff Westchester Surplus Lines Insurance Company's Motion for Summary Judgment filed in the Northern District of Illinois action captioned *McGraw Properties Solutions LLC a/a/o Atlas Holdings Investment, LLC d/b/a Brookview Village Apartments, LLC v. Westchester Surplus Lines Insurance Company*, Case No. 2022-cv-00396 (N.D. Ill.).

16.    **Exhibit O** is a true and accurate copy of non-party DB Brookview LLC's Notification of Disposition of Collateral by Public Sale dated June 23, 2020 filed in the Supreme Court of the State of New York, New York County action captioned *Atlas Brookview Mezzanine LLC et al. v. DB Brookview LLC*, Index No. 653986/2020 (Sup. Ct. N.Y. Cnty.).

17.    **Exhibit P** is a true and accurate copy of Plaintiff's Amended Complaint, with exhibits, in the instant action dated January 15, 2025.


Dated:  New York, New York
        February 21, 2025

                    **THOMPSON COBURN LLP**


                    By: /s/ Zachary G. Newman
                        Zachary G. Newman
                        488 Madison Avenue, 14th Floor
                        New York, New York 10022
                        Tel.: 212.478.7200
                        Fax: 212.478.7400

                        *Counsel for Defendant*
                        *Fortress Investment Group LLC*

4