# EXHIBIT B

(REVERSE SIDE OF CERTIFICATE
FOR LIMITED LIABILITY COMPANY INTERESTS
IN ATLAS BROOKVIEW LLC (the "Company"))

ASSIGNMENT OF INTEREST

FOR VALUE RECEIVED, the undersigned hereby sells, assigns and transfers unto
DB Brookview LLC (print or typewrite name of transferee),
37-1428465 (insert Social Security or other taxpayer identification number of transferee), the
following specified percentage of limited liability company interests in the Company: 100%
(identify the percentage interest being transferred) effective as of the date specified in the Application for
Transfer of Interests below, and irrevocably constitutes and appoints DB Brookview LLC and
its authorized officers, as attorney-in-fact, to transfer the same on the books and records of the Company,
with full power of substitution in the premises.

Dated: March ___ 2021

**ATLAS BROOKVIEW MEZZANINE LLC,**
a Delaware limited liability company

By: _____
Name: Steven Ivankovich
Title: Authorized Representative

## APPLICATION FOR TRANSFER OF INTERESTS

The undersigned applicant (the "Applicant") hereby (a) applies for a transfer of the percentage of limited
liability company interests in the Company described above (the "Transfer") and applies to be admitted to
the Company as a substitute member of the Company, and (b) agrees to comply with and be bound by all
of the terms and provisions of the Limited Liability Company Agreement. Initially capitalized terms used
herein and not otherwise defined herein are used as defined in the Limited Liability Company Agreement.

The Applicant directs that the foregoing Transfer and the Applicant's admission to the Company as a
substitute member shall be effective as of February 17, 2021 .

Name of Transferee (Print)
DB Brookview LLC

Dated: March 5, 2021

Signature: _____
(Transferee) Avraham Dreyfuss, CFO
Address: 1345 Ave of the Americas 46th Fl NY NY 10105