# EXHIBIT M



777 S. Harbour Island Blvd.
Suite 950
Tampa, Florida 33602

May 12, 2021

**<u>Via Electronic Mail:</u>**
CHUBB Insurance Company
Attn: Claims Manager
P.O. Box 42065
Phoenix, AZ 85080
Email: uspropertyclaims@chubb.com
askajewski@chubb.com

|  |  |
|---|---|
| Insured: | Atlas Holdings Investments, LLC dba Brookview Village Apartments, LLC |
| Insured Property: | Various at W. Lake Avenue Glenview, IL 60026 |
| Claim Number: | KY20K2823073 |
| Policy Number: | D37420001006 |
| Date of Loss: | 08/10/2020 |

Dear Mr. Trippel:

Please allow this correspondence to advise CHUBB Insurance Company ("CHUBB") that Merlin Law Group P.A. has been retained by McGraw Property Solutions, LLC a/a/o Atlas Holdings Investments, LLC dba Brookview Village Apartments, LLC., with respect to the above claim for damages to various addresses at W. Lake Avenue, Glenview, IL 60026. As such, we would request that all future communication regarding this claim be directed to our office.

In addition to the foregoing, please consider this our formal request for copies of certified policy, all non-privileged correspondence, any statements taken by CHUBB, engineering or inspection reports, and estimates that CHUBB is relying on in relation to its investigation and coverage determination on the above-referenced claim. If no coverage determination has been made, please advise what investigation remains ongoing and when a coverage determination should be forthcoming. If information or documents have been requested and not provided, please let us know.

EXHIBIT D

Please be reminded, there may be documents and/or exhibits which only CHUBB or its agents may have which are related to our client. Therefore, as this matter may be pending for quite some time before those various documents are identified, please consider this our written request that any written or electronic files, documents, exhibits, handwritten notes, telephone messages, or other items in any way related to the property and the policy, not be compromised, purged, lost, destroyed or mishandled in any fashion. Rather, we ask that all such written, printed, electronic documents, and other materials are guarded carefully until this matter is concluded in *toto* by either a judgment or an executed Settlement Agreement/Release. We request that you CHUBB's agents and contractors of the same.

We understand that Chubb has inspected the loss and has had the opportunity to evaluate the damages at the property. As you know, the roofs have been replaced as a result of the covered event.

In regard to your EUO request for an SFR representative, as the assignee of the benefits under the policy, an SFR representative is more than willing to sit for the EUO to comply with the conditions of the policy and help get this matter to a resolution.

Please note that nothing delineated within this letter should be construed as a waiver of our client's rights. Further, our clients reserve all rights under the insurance contract and any applicable Illinois law.

Should you have any questions upon review of the attached, or wish to discuss this matter in further detail, please do not hesitate to contact our office at (813) 229-1000.

With best regards,

**MERLIN LAW GROUP, P.A.**

*/s/ Larry E. Bache, Jr.*

Larry E. Bache, Jr., Esq.
Lucas B. Austin, Esq.

LEB/uft
cc.      Brookview Village Apartments, LLC