**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MCGRAW PROPERTY SOLUTIONS, LLC,

                Plaintiff,
-against-                                   24 **CIVIL** 6859 (NRB)

                                             **JUDGMENT**

FORTRESS INVESTMENT GROUP LLC,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 19, 2025, defendant's motion to dismiss is granted. Accordingly, the case is closed.

**Dated:** New York, New York

      September 19, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                       **BY:**

                                                       **Deputy Clerk**