UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:24-cv-06859-NRB

MCGRAW PROPERTY
SOLUTIONS, LLC

    Plaintiff,

v.

FORTRESS INVESTMENT
GROUP LLC,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, McGraw Property Solutions, LLC, by its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order [ECF No. 28] entered on September 19, 2025, and Judgment [ECF No. 29] entered on September 19, 2025, granting Defendant Fortress Investment Group LLC's Motion to Dismiss the Amended Complaint dated February 21, 2025 [ECF Nos. 18, 19, and 20].

Dated: October 15, 2025.

        **SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
        *Attorneys for Plaintiff*
        7777 Glades Road, Suite 400
        Boca Raton, FL  33434
        Telephone:   (561) 477-7800
        Facsimile:   (561) 477-7722

        By:   */s/ Joshua B. Alper*
            Joshua B. Alper, Esq.
            S.D.N.Y. Bar No./N.Y. Atty. Reg. No.: 5641220
            Primary E-Mail:   jalper@sbwh.law
            Secondary E-Mail:  floridaservice@sbwh.law
                                  crestivo@sbwh.law

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF portal to all attorneys of record on October 15, 2025.

                                                      */s/ Joshua B. Alper*
                                                      Joshua B. Alper